FILED

August 14, 2009

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002025839

# ATTACHMENT (SCHEDULE F)
## (Tenants Who Made Security Deposits)

IN RE <u>Mouras, Belton</u> _____  Case No. _____
                Debtor(s)                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**A. CHRISTINE SCHUEMPERLI**<br>**2941 Glacier Street**<br>**Sacramento, CA 95821** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ABEL AND ANGELINA CABRERA**<br>**5202 B Standish Rd**<br>**Sacramento, CA 95820** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ABLE GARCIA AND VIRIDIANA MARTINEZ**<br>**321 Cleveland Ave, #B**<br>**Sacramento, CA 95833** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ADAM CARTWRIGHT & JULIE WEST**<br>**9219 Thilow Drive**<br>**Sacramento, CA 95826** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

      **53** continuation sheets attached

Subtotal $ _____
(Total of this page)

Total $ _____
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u>        Case No. _____
<div style="text-align:center">Debtor(s)             (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Adam Lewis**<br>**6464 18th Avenue**<br>**Sacramento, CA 95820** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ADDIE LAWSON**<br>**10418 S. White Rock Way**<br>**Rancho Cordova, CA 95827** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**AIME BERG**<br>**7571 Twin Oaks #1**<br>**Citrus Heights, CA 95610** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ALBERT AND SONYA SILVA**<br>**11024 Hirschfeld Way**<br>**Rancho Cordova, CA 95670** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ALFONSO PIMENTETL AND BERNARDO LARA**<br>**1138 Clinton Road**<br>**Sacramento, CA 95825** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ALFRED & SOPHIE CORREA & ROBERT SOFIE**<br>**5001 12th Ave**<br>**Sacramento, CA 95820** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ALFRED & TREDIDA ALLEN**<br>**2707 Matheson Way**<br>**Sacramento, CA 95864** | | | Potential liability: security deposit | X | X | X | 0.00 |

Sheet no. <u>1</u> of <u>53</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">Subtotal<br>(Total of this page)   $ _____</div>

<div style="text-align:right">Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.)   $ _____</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u>        Case No. _____
<span>Debtor(s)</span>        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**ALICIA BEVERIDGE/DOROTHY PINTO**<br>**1720 37th Street**<br>**Sacramento, CA 95816** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| **ACCOUNT NO.**<br>**ALISON LE MEUR**<br>**741 McClatchy Way**<br>**Sacramento, CA 95818** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| **ACCOUNT NO.**<br>**AMANDA OWENS & MICHAEL CHELGREN**<br>**3001 Edison Avenue**<br>**Sacramento, CA 95821** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| **ACCOUNT NO.**<br>**AMELIA JAMES**<br>**6304 14th Avenue**<br>**Sacramento, CA 95820** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| **ACCOUNT NO.**<br>**AMOS AND SHAVON TAYLOR**<br>**5024 Polk Street**<br>**North Highlands, CA 95660** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| **ACCOUNT NO.**<br>**ANA NIEVES**<br>**4909 Harrison Street**<br>**North Highlands, CA 95660** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| **ACCOUNT NO.**<br>**ANDRE THUSTON**<br>**2114 Oneil Way**<br>**Sacramento, CA 95822** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. ____**2**____ of ____**53**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

     Subtotal
     (Total of this page)   $ _____

     Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u>        Case No. _____
       Debtor(s)                     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ANDREA BRILL & CALVIN SMITH**<br>**7522 Gallant Circle**<br>**Citrus Heights, CA  95621** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ANDREA THOMAS**<br>**7026 Amsterdam Ave**<br>**Sacramento, CA  95621** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ANDREW CLEMENTI & BLAKE DELISE**<br>**2608 T Street #6**<br>**Sacramento, CA  95816** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ANGELIQUE WALTMIRE**<br>**1428 North Ave**<br>**Sacramento, CA  95838** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ANTHONY AND ANNE OSOFFSKY**<br>**11008 Hirschfeld Way**<br>**Rancho Cordova, CA  95670** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ANTONIO SILVA & SARA SERRATO-CASTRO**<br>**5809 61st st**<br>**Sacramento, CA  95824** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**APRIL WALDRAM**<br>**741 McClatchy Way**<br>**Sacramento, CA  95818** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. __3__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

        Subtotal       | $
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u> _____ Case No. _____
<div style="text-align:center">Debtor(s)</div> <div style="text-align:right">(If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**ARLENE BENEDICT & PETER LAUSE**<br>**3422 Huntsmen Drive**<br>**Sacramento, CA 95827** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**ARRON LACKETT**<br>**2965 Connie Drive**<br>**Sacramento, CA 95815** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**ARTHUR H. YATES**<br>**2190 McGregor**<br>**Rancho Cordova, CA 95670** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**ASHLEE MANAFFEY**<br>**952 B 33rd Street**<br>**Sacramento, CA 95816** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**ASHLEY MARTELLO**<br>**6838 Trovita Way**<br>**Citrus Heights, CA 95610** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**B.J. & ALICE NEWTON**<br>**10129 Satow Drive**<br>**Sacramento, CA 95825** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**BARBARA HAYTER**<br>**6456 18th Avenue**<br>**Sacramento, CA 95820** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. __4__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">Subtotal<br>(Total of this page) $</div>

<div style="text-align:right">Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.) $</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u>                    Case No. _____
               Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**BARBARA MOYNIER**<br>**6676 PARK RIVIERA WAY**<br>**Sacramento, CA 95831** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**BEN & THERESA BARKER**<br>**5221 S. Land Park**<br>**Sacramento, CA 95831** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**BETSY JOHNS**<br>**11071 Erla Court**<br>**Rancho Cordova, CA 95670** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**BOB HEPFNER**<br>**7571 Twin Oaks #B**<br>**Citrus Heights, CA 95610** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**BOBBY APEROCHO & CHIA THAO**<br>**5821 Cora Court**<br>**Sacramento, CA 95824** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**BOBBY VAN ASCH**<br>**5132 Alrene Court**<br>**Carmichael, CA 95608** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**BONNIE MISSAL & CAMERON TEW**<br>**3826 El Camino Ave**<br>**Sacramento, CA 95821** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. _____ **5** of _____ **53** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal
                         (Total of this page) $

                                              Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __Mouras, Belton__        Case No. _____
         Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**BRANDI WARD**<br>**8846 N. Winding Way**<br>**Fair Oaks, CA 95628** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**BRANT TILLERY**<br>**1038 Clinton Road**<br>**Sacramento, CA 95825** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**BRENT ROSS & DERK ROSS**<br>**WINIFRED ROSS & BEAU ROSS**<br>**10709 Alicante**<br>**Rancho Cordova, CA 95670** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**BRITTANY STRONG & DEANTE GRAY**<br>**6454 Mauana Way**<br>**Citrus Heights, CA 95610** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**CAMERON HUNTLEY**<br>**2188 McGregor**<br>**Rancho Cordova, CA 95670** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**CAMI CHASENGNOU & MYNENG CHASENGNOU**<br>**5220 Gordon Drive**<br>**Sacramento, CA 95824** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**CASANDRA LEWIS**<br>**10187 B Crawford Way**<br>**Rancho Cordova, CA 95670** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. __6__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u>        Case No. _____

            Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CERVANDO HERNANDEZ & LAMBERTO NAVA**<br>**7778 Lialana Way**<br>**Citrus Heights, CA 95610** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**CHARISSE BRYANT**<br>**1036 Clinton Road**<br>**Sacramento, CA 95825** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**CHARLES BAGWELL**<br>**3824 El Camino Ave**<br>**Sacramento, CA 95821** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**CHRIS AND MEGAN PHILLIPS**<br>**952 A 33rd Street**<br>**Sacramento, CA 95816** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**CHRISTINE MARTIGNONI**<br>**10127 Satow Drive**<br>**Sacramento, CA 95825** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**CHRISTOPHER & AVIS WALKER**<br>**9428 ROSEPORT WAY**<br>**Sacramento, CA 95826** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**CHRISTOPHER AND ANGELA READ**<br>**608 45th Street**<br>**Sacramento, CA 95819** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. __7__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Mouras, Belton _____  Case No. _____
   Debtor(s)                                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CORINNE STACEY**<br>**4088 C Street**<br>**Sacramento, CA  95819** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**CRYSTAL  & MASON CHANEY**<br>**7634 San Simeon**<br>**Citrus Heights, CA  95610** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**CRYSTAL BEAUGUZ**<br>**4515 Zachary Way**<br>**Sacramento, CA  95842** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**CRYSTAL JOHNSON**<br>**2608 T Street #2**<br>**Sacramento, CA  95816** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**CRYSTAL ROHMAN**<br>**1432 North Avenue**<br>**Sacramento, CA  95838** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**DAMON HAYS AND AMBER HARDEMAN**<br>**7979 San Cosme**<br>**Citrus Heights, CA  95610** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**DAN BLAKKOLB AND ANDREW SAMUELS**<br>**7520 Gallant Circle**<br>**Citrus Heights, CA  95621** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. ___8___ of ___53___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Mouras, Belton                                  Case No. _____
_____
                      Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**DANELLA BASS**<br>**8844 N. Winding Way**<br>**Fair Oaks, CA 95628** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**DANIEL AND ALMA MUNOZ**<br>**6329 14th Avenue**<br>**Sacramento, CA 95820** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**DANIEL AND TANISHA PINKSTON**<br>**4907 Harrison Street**<br>**North Highlands, CA 95660** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**DANIEL GARCIA & RUBY WARE**<br>**6649 Weatherby Way**<br>**Sacramento, CA 95842** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**DANIEL RICHARDS AND AMBER BALIEL**<br>**2954 Joerger Street**<br>**Sacramento, CA 95670** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**DANIEL WILSON**<br>**4506 Zachary Way**<br>**Sacramento, CA 95842** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**DANIEL WORLIE**<br>**6875 Barbara Lee Court**<br>**Sacramento, CA 95842** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. ___9___ of ___53___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u>        Case No. _____
           Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **DANIELLE BOUSQUET** <br> **6621 Medora Drive** <br> **North Highlands, CA 95660** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO. <br> **DANNY LEE BILLINGS** <br> **3334 Union Springs Way** <br> **Rancho Cordova, CA 95827** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO. <br> **DARRIN AND STEPHANIE ROSKE** <br> **7340 Arutas Drive** <br> **Sacramento, CA 95660** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO. <br> **DARYL KATCHER** <br> **5119 Alrene Court** <br> **Carmichael, CA 95608** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO. <br> **DAVID AND NANCY HUGHART** <br> **2105 Weller Way** <br> **Sacramento, CA 95818** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO. <br> **David Daniel** <br> **6606 Summer Rain Way** <br> **Citrus Heights, CA 95621** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO. <br> **DAVID HACKNEY** <br> **11016 Hirschfeld Way** <br> **Rancho Cordova, CA 95670** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. __10__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __Mouras, Belton_____     Case No. _____
<table>
<tr><td>Debtor(s)</td><td>(If known)</td></tr>
</table>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**DAVID MOULDER**<br>**5816 Flintlock Court**<br>**Carmichael, CA 95608** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**DE'ANDREA CLAY**<br>**2724 B El Parque Circle**<br>**Rancho Cordova, CA 95670** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**DEBORAH EVONIUK & MARY HOLLADAY**<br>**10965 Hirschfeld Way**<br>**Rancho Cordova, CA 95670** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**DEBORAH FRESHOUR**<br>**11075 Erla Court**<br>**Rancho Cordova, CA 95670** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**DEBRA BURKE-WILLETT & ADAM LANGLEY**<br>**6116 Jack London Circle**<br>**Sacramento, CA 95842** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**DEIDRA LUCAS**<br>**4712 Moorpark Way**<br>**Sacramento, CA 95842** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**DENNIS AND SABRINA WOODS**<br>**3354 Swaim Court**<br>**Sacramento, CA 95838** | | | Potential liability: security deposit | X | X | X | 0.00 |

Sheet no. ____11____ of ____53____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | $ |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __Mouras, Belton__         Case No. _____
           Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**DEREK AND KATINA PARKER** <br>**4504 Zachary Way** <br>**Sacramento, CA 95842** | | | **Potential liability: security deposit** | X | X | X | <br><br>0.00 |
| ACCOUNT NO. <br><br>**DEVON ANDERSON** <br>**602 45th Street** <br>**Sacramento, CA 95819** | | | **Potential liability: security deposit** | X | X | X | <br><br>0.00 |
| ACCOUNT NO. <br><br>**DIMETRI AND LEANORE GARRETT** <br>**4926 Tacomic Drive** <br>**Sacramento, CA 95842** | | | **Potential liability: security deposit** | X | X | X | <br><br>0.00 |
| ACCOUNT NO. <br><br>**DIMITRY MISIK** <br>**4513 Zachary Way** <br>**Sacramento, CA 95842** | | | **Potential liability: security deposit** | X | X | X | <br><br>0.00 |
| ACCOUNT NO. <br><br>**DOLORES & TANESHA SMEDLEY** <br>**5227 Gordon Drive** <br>**Sacramento, CA 95824** | | | **Potential liability: security deposit** | X | X | X | <br><br>0.00 |
| ACCOUNT NO. <br><br>**DOLORES SMITH & SHARLA CONYERS & SHARON** <br>**5949 Crowder Way** <br>**Sacramento, CA 95842** | | | **Potential liability: security deposit** | X | X | X | <br><br>0.00 |
| ACCOUNT NO. <br><br>**DOMINGO AVALOS & NOEMI GUZMAN** <br>**4748 Kerwood Way** <br>**Sacramento, CA 95823** | | | **Potential liability: security deposit** | X | X | X | <br><br>0.00 |

Sheet no. __12__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal    $ _____
                 (Total of this page)

                                 Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u>                      Case No. _____
<div align="center">Debtor(s)                              (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**DONNA LOVATO**<br>**6325 14th Avenue**<br>**Sacramento, CA 95820** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**DONNA WOODSIDE**<br>**11076 Erla Court**<br>**Rancho Cordova, CA 95670** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**DOROTEO ENRIQUEZ KEVIN & BRIAN O'NEIL-DO**<br>**4028 Vosburg Street**<br>**Sacramento, CA 95826** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**DOUG AND JENNY WRIGHT**<br>**4650 Bamboo**<br>**Fair Oaks, CA 95628** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**DOUGLAS AND DIANA WELCH**<br>**2788 Muir Way**<br>**Sacramento, CA 95818** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**EDDIE AND AMY COOPER**<br>**6604 Summer Rain Way**<br>**Citrus Heights, CA 95621** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**EDITH TENNISON & TIFFANY PEPPER**<br>**613 Morrison Ave**<br>**Sacramento, CA 95838** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. __13__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u>         Case No. _____
             Debtor(s)                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**EDWARD ASHLEY & DIONNE HICKLAND**<br>**3039 Edison Avenue**<br>**Sacramento, CA 95821** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**ELIZABETH CRISPELL**<br>**5106 Alrene Court**<br>**Carmichael, CA 95608** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**ELIZABETH STROUD**<br>**5128 Alrene Court**<br>**Carmichael, CA 95608** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**ELSA RENI1**<br>**6903 21st Avenue**<br>**Sacramento, CA 95820** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**ELVIE DAWSON & JOHNSIE HAILE**<br>**2041 Brentwood Road**<br>**Sacramento, CA 95825** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**EMANUEL SESE**<br>**2608 T Street, #1**<br>**Sacramento, CA 95816** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**ERIC & MARGARET PARSH**<br>**1507 38th Street**<br>**Sacramento, CA 95816** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. __14__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u>                         Case No. _____
<br>
               Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ERIC WASHINGTON & JULIETTE BONOAN-WASHIN<br>5307 Karbet Way<br>Sacramento, CA 95822 | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ERICKA KNAUFF**<br>**10989 Hirschfeld Way**<br>**Rancho Cordova, CA 95670** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ERIN OYLER AND GABRIELL WIRZ**<br>**4425 Arrowood Court**<br>**Sacramento, CA 95842** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ERIN RUSSELL & AUDRA RUPERT**<br>**7015 Amsterdam Ave**<br>**Sacramento, CA 95621** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**EVELYN LONETTE FO1**<br>**2790 Pope Ave**<br>**Sacramento, CA 95821** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**FANNY ABUNDIS**<br>**22 Coral Street**<br>**Sacramento, CA 95815** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**FEDIR MYKHAILENKO & SVETLANA YAGUDIN**<br>**6517 Hillsdale Blvd**<br>**Sacramento, CA 95842** | | | Potential liability: security deposit | X | X | X | 0.00 |

Sheet no. ___15___ of ___53___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Mouras, Belton**          Case No. _____
           Debtor(s)                                 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**FRANK ROMERO AND KIM WEST** <br>**5116 Alrene Court** <br>**Carmichael, CA  95608** | | | Potential liability: security deposit | X | X | X | <br><br>0.00 |
| ACCOUNT NO. <br><br>**GARY AND BRANDON DAVIS** <br>**6213 Belva Way** <br>**North Highlands, CA  95660** | | | Potential liability: security deposit | X | X | X | <br><br>0.00 |
| ACCOUNT NO. <br><br>**GARY BAGGS & ASHLEY MAHONY** <br>**2722 Cabernet** <br>**Rancho Cordova, CA  95670** | | | Potential liability: security deposit | X | X | X | <br><br>0.00 |
| ACCOUNT NO. <br><br>**GARY WILBUR** <br>**2402 Meadowbrook Rd** <br>**Sacramento, CA  95825** | | | Potential liability: security deposit | X | X | X | <br><br>0.00 |
| ACCOUNT NO. <br><br>**GE VANG & TOUA LOR** <br>**968 Las Palmas Ave** <br>**Sacramento, CA  95815** | | | Potential liability: security deposit | X | X | X | <br><br>0.00 |
| ACCOUNT NO. <br><br>**GEORGE  & PAMALA BROOKS** <br>**11073 Erla Court** <br>**Rancho Cordova, CA  95670** | | | Potential liability: security deposit | X | X | X | <br><br>0.00 |
| ACCOUNT NO. <br><br>**GERALDINE YATES AND JEANNINE HOWELL** <br>**3814 Westporter Drive** <br>**Sacramento, CA  95825** | | | Potential liability: security deposit | X | X | X | <br><br>0.00 |

Sheet no. __16__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal
                                 (Total of this page)   $

                                         Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __Mouras, Belton__        Case No. _____
          Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**GERARDO & SILVIA GUTIERREZ**<br>**1591 Belinda Way**<br>**Sacramento, CA 95822** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**GERARDO AND CLAUDIA LOPEZ**<br>**5924 Marlin Circle**<br>**Sacramento, CA 95608** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**GHAOHLI VANG**<br>**5217 U Street #A**<br>**Sacramento, CA 95817** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**GIA MORENO**<br>**2701 V Street B**<br>**Sacramento, CA 95818** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**GREGG MIASIAN**<br>**8069 Treecrest Avenue**<br>**Citrus Heights, CA 95610** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**HARRY & JENNIFER DOUCET**<br>**11080 Erla Court**<br>**Rancho Cordova, CA 95670** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**HAYLEY COULSON & SHAUN PITTMAN**<br>**1309 63rd Street**<br>**Sacramento, CA 95819** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. ___17___ of ___53___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u>        Case No. _____
<div align="center">Debtor(s)                                 (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**HEATHER BAILEY**<br>**8075 Treecrest Avenue**<br>**Citrus Heights, CA  95610** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**HEATHER JOY BLANCHARD**<br>**1509 38th Street**<br>**Sacramento, CA  95816** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**HEIDI HERNANDEZ**<br>**15 Coral Street**<br>**Sacramento, CA  95815** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**HERB VALVERDE JR**<br>**10991 Hirschfeld Way**<br>**Rancho Cordova, CA  95670** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**HERSCHEL & HELEN RAINWATER**<br>**7742 Southcliff Drive**<br>**Fair Oaks, CA  95628** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**HEWY AND YVONNE ROBINSON**<br>**3903 63rd Street**<br>**Sacramento, CA  95820** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**HOPE SHRUBS**<br>**5200 B Standish Rd**<br>**Sacramento, CA  95820** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. ___18___ of ___53___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

IN RE __Mouras, Belton__ _____ Case No. _____
                   Debtor(s)                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**INE1 CORTEZ**<br>**1267 Kennady**<br>**Sacramento, CA  95831** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**JACOB VALCUZULA & CHRISTINA SHAVER**<br>**149 Fern Court**<br>**Sacramento, CA  95819** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**JAMES & MARIE PARKER**<br>**1116 48th Street**<br>**Sacramento, CA  95819** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**JAMES AND USHA WATSON**<br>**9980 Palm Grove Dr**<br>**Rancho Cordova, CA  95827** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**JAMES EICHELBERGER**<br>**19 Coral Street**<br>**Sacramento, CA  95815** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**JAMES OSBURN**<br>**4858 Scotch Court**<br>**Carmichael, CA  95608** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**JAN NATHANS & STEVE PFISTER**<br>**8180 Plumeria**<br>**Fair Oaks, CA  95628** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. __19__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u>        Case No. _____
<div style="text-align:center">Debtor(s)               (If known)</div>

<div style="text-align:center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**JAN PRINCE-FARRIS**<br>**5124 Alrene Court**<br>**Carmichael, CA 95608** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**JANET FROHLECH**<br>**5305 Karbet Way**<br>**Sacramento, CA 95822** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**JASON AND KRISTINA WINSTON**<br>**5621 Tahama Street**<br>**Sacramento, CA 95841** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**JEANNINE MALDONADO**<br>**2790 Muir Way**<br>**Sacramento, CA 95818** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**JEFF AND JEANNE PROSCHOLD**<br>**5131 Alrene Court**<br>**Carmichael, CA 95608** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**JEFF VAN SAREN JR AND MARSELL HOBBS**<br>**4600 Rula Court**<br>**North Highlands, CA 95660** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**JEFFREY MILLS AND BERNICE MORGAN**<br>**5813 WESTFIELD STREET**<br>**Carmichael, CA 95608** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. __20__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE **Mouras, Belton** _____ Case No. _____
<u>Debtor(s)</u> (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**JENNIFER BELASCO**<br>**2724 A El Parque Circle**<br>**Rancho Cordova, CA  95670** | | | **Potential liability: security deposit** | X | X | X | <br><br>0.00 |
| ACCOUNT NO. <br><br>**JENNIFER ENGWIS**<br>**3163 Laurelhurst Drive**<br>**Rancho Cordova, CA  95670** | | | **Potential liability: security deposit** | X | X | X | <br><br>0.00 |
| ACCOUNT NO. <br><br>**JENNIFER GAINEY**<br>**7024 Amsterdam Ave**<br>**Sacramento, CA  95621** | | | **Potential liability: security deposit** | X | X | X | <br><br>0.00 |
| ACCOUNT NO. <br><br>**JENNIFER HENDERSON**<br>**2608 T Street #3**<br>**Sacramento, CA  95816** | | | **Potential liability: security deposit** | X | X | X | <br><br>0.00 |
| ACCOUNT NO. <br><br>**JENNIFER MARY BROOKS**<br>**2314 Ramon Drive**<br>**Sacramento, CA  95826** | | | **Potential liability: security deposit** | X | X | X | <br><br>0.00 |
| ACCOUNT NO. <br><br>**JEREMY SCHOOLEY**<br>**4605 Rula Court**<br>**North Highlands, CA  95660** | | | **Potential liability: security deposit** | X | X | X | <br><br>0.00 |
| ACCOUNT NO. <br><br>**JEREMY VINSON & TINA SCIARA**<br>**7500 Westover Court**<br>**Fair Oaks, CA  95628** | | | **Potential liability: security deposit** | X | X | X | <br><br>0.00 |

Sheet no. __21__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u>                                                    Case No. _____
<div align="center">Debtor(s)                                                    (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)
</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**JEROMEE & STEPHANIE LANCASTER**<br>**2312 Connie Drive**<br>**Sacramento, CA 95815** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**JERRY DENNIS**<br>**10170 Crawford Way**<br>**Rancho Cordova, CA 95670** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**JERRY WILLIAMS AND CAMMIE CERVANTES**<br>**2312 Ramon Drive**<br>**Sacramento, CA 95825** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**JESSICA HAMAKER**<br>**8067 Treecrest Ave**<br>**Citrus Heights, CA 95610** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**JESSICA NISHIDA**<br>**6651 Havenside**<br>**Sacramento, CA 95831** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**JO ANN LEE**<br>**2917 Lerwick Road**<br>**Sacramento, CA 95821** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**JODY CHA & MAY SEE**<br>**3339 Emery Court**<br>**Sacramento, CA 95838** | | | Potential liability: security deposit | X | X | X | 0.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. __22__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

<div align="center">23</div>

IN RE <u>Mouras, Belton</u>        Case No. _____
           Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**JOEL AND NICOLE HODGE**<br>**6671 Hillsdale Blvd**<br>**Sacramento, CA 95842** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**JOHN AND ROSEMARIE PRATT**<br>**1750 1/2 Vallejo Way**<br>**Sacramento, CA 95818** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**JOHN PARIDIES**<br>**7571 Twin Oaks #C**<br>**Citrus Heights, CA 95610** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**JOHN VELARDE**<br>**5328 Tyler Street**<br>**Sacramento, CA 95841** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**JOHNATHAN AND RACHEL DARLING**<br>**600 45th Street**<br>**Sacramento, CA 95819** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**JONATHAN NAVARRO & AURA COLOCHO**<br>**5 E AL Court**<br>**Sacramento, CA 95838** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**JORDAN YOUNG & IVY REED & DOMINICK BRAVO**<br>**6678 Park Riviera Way**<br>**Sacramento, CA 95831** | | | Potential liability: security deposit | X | X | X | 0.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. ___23___ of ___53___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE <u>Mouras, Belton</u>                                            Case No. _____
          Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**JOSE PENA & FELICIA DURAN**<br>**7374 Tisdale Way**<br>**Sacramento, CA  95822** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**JOSE RAMIREZ**<br>**1501 Armington Ave**<br>**Sacramento, CA  95823** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**JOSEPH AND GALE MORRIS**<br>**6452 Mauana Way**<br>**Citrus Heights, CA  95610** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**JOSEPH AND KATHY LEONARD**<br>**5330 Tyler Street**<br>**Sacramento, CA  95841** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**JOSH LOWE, MICHELLE FRISTOE & RANDY GALL**<br>**3625 50th Street**<br>**Sacramento, CA  95820** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**JOY PYATT & ROBERT GARDNER**<br>**5218 Gordon Drive**<br>**Sacramento, CA  95824** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**Joyce Samuel**<br>**3100 Gardendale Rd**<br>**Sacramento, CA  95822** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. __24__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Mouras, Belton** _____ Case No. _____
                  Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**JUAN & LUCY SANCHEZ**<br>**5201 Thurman Wy**<br>**Sacramento, CA 95824** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**JUDY OLLIS**<br>**7571 Twin Oaks #2**<br>**Citrus Heights, CA 95610** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**JULIA BLACKSTONE & ASHELY BRINCKO**<br>**6829 Concert Way**<br>**Sacramento, CA 95842** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**KARRAMAH ABULLAH**<br>**5202 A Standish Rd**<br>**Sacramento, CA 95820** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**KATIE GOEBEL**<br>**3601 Pinell Street**<br>**Sacramento, CA 95838** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**KATIE MARR**<br>**7636 San Simeon**<br>**Citrus Heights, CA 95610** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**KAY NELSON**<br>**3901 63rd Street**<br>**Sacramento, CA 95820** | | | Potential liability: security deposit | X | X | X | 0.00 |

Sheet no. ___25___ of ___53___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Mouras, Belton** _____ Case No. _____
               Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**KEITH BALDWIN AND KATHLEEN COCHRAN**<br>**4456 F Street**<br>**Sacramento, CA 95814** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**KELLY BOYD**<br>**147 Fern Court**<br>**Sacramento, CA 95819** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**KEN AND STEPHAINE CUSHMAN**<br>**2920 38th Ave**<br>**Sacramento, CA 95824** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**KEN BROWN & RENEE' BROWN**<br>**3812 Westporter Drive**<br>**Sacramento, CA 95826** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**KIETH CHALAMAR & MIA WHEELER**<br>**2705 Matheson Way**<br>**Sacramento, CA 95864** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**KIM PASLEY**<br>**6909 21st Avenue**<br>**Sacramento, CA 95820** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**KIMBERLEY DAVIS**<br>**6271 Weatherford**<br>**Sacramento, CA 95823** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. ____26___ of ____53___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE <u>Mouras, Belton</u>        Case No. _____
<br>Debtor(s)        (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**KIMII ELLIOTT**<br>**2940 38th Ave**<br>**Sacramento, CA 95824** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**KRISTEN AND JASON EDELIANT**<br>**3129 T Street**<br>**Sacramento, CA 95820** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**KRISTINA YOOS AND CRYSTAL O'CONNELL**<br>**11063 Goller Court**<br>**Rancho Cordova, CA 95670** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**KRISTINE GOLDEN**<br>**4526 Whitney Ave**<br>**Sacramento, CA 95821** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**LADONNA LEE**<br>**7329 Stockdale Street**<br>**Sacramento, CA 95822** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**LARRY ROGERS & GENEVA PUTMAN**<br>**10420 S. White Rock Way**<br>**Rancho Cordova, CA 95827** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**LAUREEN DALLIMORE**<br>**5814 Flintlock Court**<br>**Carmichael, CA 95608** | | | Potential liability: security deposit | X | X | X | 0.00 |

Sheet no. ___27___ of ___53___ continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page) $

Total
<br>(Use only on last page of the completed Schedule F. Report also on
<br>the Summary of Schedules, and if applicable, on the Statistical
<br>Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u>      Case No. _____
        Debtor(s)                       (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**LAURIE DIAZ**<br>**1929 26th Street**<br>**Sacramento, CA 95816** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**LEO DEWSTONE & DESIREE CABEBE**<br>**2008 Wyda Way**<br>**Sacramento, CA 95825** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**LEROY FLOWERS AND JOANN ROBINSON**<br>**2900 38th Ave**<br>**Sacramento, CA 95824** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**LESLIE CARTER, CHERISH CARTER**<br>**7537 Gallant Circle**<br>**Citrus Heights, CA 95621** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**LEVON MIKAYELYAN & TAMARA SAFARYAN**<br>**11010 Hirschfeld Way**<br>**Rancho Cordova, CA 95670** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**LINDA VOELKER-LITTLEJOHN**<br>**4744 Orange Grove Ave**<br>**Sacramento, CA 95841** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**LISA ALFORD**<br>**6877 Barbara Lee Court**<br>**Sacramento, CA 95842** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. __28__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Mouras, Belton** _____ Case No. _____
                     Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**LOUIS DOMINIQUE/JEANETTE SAVANT SAUL RODRIQUEZ/YOLANDA HERNANDEZ 5130 Karm Way Sacramento, CA 95842** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**LUCINA PIMENTEL & CARLOS MURILLO 3325 Cahill Court Sacramento, CA 95827** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**LUIS MARQUEZ AND MELLISA CHAPMAN 546 De Mar Sacramento, CA 95831** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**LUIS PACHECO DURAN & LULIAN JIMENEZ 2010 Wyda Way Sacramento, CA 95825** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**LYNN SMITH 11044 Hirschfeld Way Rancho Cordova, CA 95670** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**LYNNE SCHAPPERT 4458 F Street Sacramento, CA 95814** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**MA1 CHAMBERLAIN 781 Vallejo Way Sacramento, CA 95818** | | | Potential liability: security deposit | X | X | X | 0.00 |

Sheet no. __29__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u>                                                Case No. _____
                      Debtor(s)                                                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**MAI VUE AND SOU VANG**<br>**5200 A Standish Rd**<br>**Sacramento, CA 95820** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**MANUEL NAVARO**<br>**1221 Wayland Avenue**<br>**Sacramento, CA 95825** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**MANUEL TODD DELEMA**<br>**7727 Pompei Court**<br>**Citrus Heights, CA 95621** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**MARCO LOPEZ JR.**<br>**6907 21st Avenue**<br>**Sacramento, CA 95820** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**MARGARET (PEGGY) MALLORY**<br>**2855 El Prado**<br>**Sacramento, CA 95825** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**MARGARET AND RAQUEL RIVAS**<br>**6836 Trovita Way**<br>**Citrus Heights, CA 95610** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**MARIA GONZALES & SANDRA KANE**<br>**4601 Lippi Parkway**<br>**Sacramento, CA 95823** | | | Potential liability: security deposit | X | X | X | 0.00 |

Sheet no. __30__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal
                     (Total of this page)  $

                                   Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u> _____ Case No. _____
<div align="center">Debtor(s)</div>                                              <div align="right">(If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**MARIA VASQUEZ AND ANTONIO SOTEL**<br>**6901 21st Avenue**<br>**Sacramento, CA  95820** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**MARK MC GREGOR**<br>**5111 Alrene Court**<br>**Carmichael, CA  95608** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**MARY 1IONG**<br>**2821 14th Avenue**<br>**Sacramento, CA  95820** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**MARY ELLEN EALES**<br>**11 Coral Street**<br>**Sacramento, CA  95815** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**MARY FASSEL & CARL CLAMPITT**<br>**3718 Elkhorn Blvd**<br>**North Highlands, CA  95660** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**MARY GLICK**<br>**3948 Lutheran Circle**<br>**Sacramento, CA  95826** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**MARY MAYS**<br>**10967 Hirschfeld Way**<br>**Rancho Cordova, CA  95670** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. ___31___ of ___53___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | $ |
| Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

<div align="center">32</div>

IN RE <u>Mouras, Belton</u>          Case No. _____
           Debtor(s)                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**MARY MILLER**<br>**5217 U Street #B**<br>**Sacramento, CA 95817** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**MARY RODRIGUEZ & CARMEN RODRIGUEZ**<br>**7418 Mooncrest Way**<br>**Sacramento, CA 95831** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**MASAKI FLANAGAN**<br>**2967 Connie Drive**<br>**Sacramento, CA 95815** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**MATHEW & PATRICE AGRIPPINO**<br>**6675 Weatherby Way**<br>**Sacramento, CA 95842** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**MATTHEW AND BENITA HOLIDAY**<br>**5120 Alrene Court**<br>**Carmichael, CA 95608** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**MAU VUE AND 1OR 1IONG**<br>**4746 Orange Grove Ave**<br>**Sacramento, CA 95841** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**MAURICE & LUZ JOHNSON**<br>**7601 Center Pkwy**<br>**Sacramento, CA 95823** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. __32__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal | $
               (Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u> _____ Case No. _____
          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **MELLISA PAPER** <br> **7539 Gallant Circle** <br> **Citrus Heights, CA 95621** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO. <br> **MELLISSA LEAL** <br> **2792 Pope Ave** <br> **Sacramento, CA 95821** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO. <br> **MELONDA IVORY** <br> **2501 Borica** <br> **Sacramento, CA 95821** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO. <br> **MICHAEL AND WHITNEY EDIE** <br> **6343 Oakcreek Way** <br> **Citrus Heights, CA 95621** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO. <br> **MICHAEL OVERFIELD & KELLY JOHNSON** <br> **779 Vallejo Way** <br> **Sacramento, CA 95818** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO. <br> **MICHAEL STRICKLEY** <br> **208 La Purissiama** <br> **Sacramento, CA 95815** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO. <br> **MICHELLE HOLDER** <br> **5815 Westfield Street** <br> **Carmichael, CA 95608** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. __33__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u> _____ Case No. _____
<div align="center">Debtor(s)                                 (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**MIGUEL FRESQUEZ**<br>**4860 Scotch Court**<br>**Carmichael, CA 95608** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**MISTY MASSARO**<br>**2650 A & B Bell Street**<br>**Sacramento, CA 95821** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**MITCHELL HOBBS**<br>**4421 Palm Ave**<br>**Sacramento, CA 95842** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**MITCHELL PAPAS**<br>**5628 Clark Avenue**<br>**Sacramento, CA 95826** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**MOLLY FINNERTY**<br>**7571 Twin Oaks #A**<br>**Citrus Heights, CA 95610** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Name**<br>**Address**<br>**City, Zip** | | | **Description** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**NANCY AND FRED GARCIA**<br>**11046 Hirschfeld Way**<br>**Rancho Cordova, CA 95670** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. ___34___ of ___53___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u>                                                Case No. _____
              Debtor(s)                                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**NANCY EPPS**<br>**6804 Trovita Way**<br>**Citrus Heights, CA 95610** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**NANCY PIANZIO & PATRICK BERRY**<br>**5123 Alrene Court**<br>**Carmichael, CA 95608** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**NATALIE BRADSHAW**<br>**9340/42 Camada Court**<br>**Elk Grove, CA 95624** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**NATHAN HIGGINS AND GRETCHEN WINCZNER**<br>**4170 Elvas Avenue**<br>**Sacramento, CA 95819** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**NICHOLAS SPARKMAN & JENNIFER MASON**<br>**5913 Whaler Court**<br>**Citrus Heights, CA 95621** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**NICHOLE JENNINGS**<br>**6345 Oakcreek Way**<br>**Citrus Heights, CA 95621** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**NINO TATAYON**<br>**8073 Treecrest Ave**<br>**Citrus Heights, CA 95610** | | | Potential liability: security deposit | X | X | X | 0.00 |

Sheet no. __35__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u>            Case No. _____
          Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**NOE PALMER**<br>**2336 Darwin Street**<br>**Sacramento, CA 95825** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**PATRICIA KAMPMEINERT**<br>**11061 Goller Court**<br>**Rancho Cordova, CA 95670** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**PATRICIA MOORE**<br>**6072 Hollyhurst Way**<br>**Sacramento, CA 95823** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**PATRICK MC NUTLY**<br>**7571 Twin Oaks**<br>**Citrus Heights, CA 95610** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**PAUL AND JENNIFER BROZEK**<br>**610 45th Street**<br>**Sacramento, CA 95819** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**PAUL VOGELSANG**<br>**2403 Brentwood Road**<br>**Sacramento, CA 95825** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**PEGGY WALRAVEN-PATRICK**<br>**5626 Clark Avenue**<br>**Sacramento, CA 95825** | | | Potential liability: security deposit | X | X | X | 0.00 |

Sheet no. __36__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Mouras, Belton** _____ Case No. _____
         Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**PETR MELNIK & LYUDMILA PUGACH**<br>**4723 Stonehurst Way**<br>**Sacramento, CA 95842** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**PRASEUTH RACKTHAI & ENDAY SONESATH**<br>**2681 Norwood Ave**<br>**Sacramento, CA 95815** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**RACHEL TORRES**<br>**6600 Woodbine Ave**<br>**Sacramento, CA 95822** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**RAFAEL AND ADRIANA MONTOYA**<br>**1140 Clinton Road**<br>**Sacramento, CA 95825** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**RANDALL & JOSPHINE LIPPINS**<br>**4537 Lippi Parkway**<br>**Sacramento, CA 95823** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**RAYMOND AND FAYE EWERTH**<br>**4717 Large Oak Ct.**<br>**Sacramento, CA 95841** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**RAYMOND ARESHENKO**<br>**5026 Polk Street**<br>**North Highlands, CA 95660** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. ___37___ of ___53___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u>      Case No. _____
<div align="center">Debtor(s)             (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**REGIS GILCHRIST JR. & DAMIRA**<br>**6369 Denton Way**<br>**Sacramento, CA 95621** | | | Potential liability: security deposit | X | X | X | 0.00 |
| **ACCOUNT NO.**<br>**REINA TRAVILLION & DEBORAH LINDER**<br>**3539 Victor Street A**<br>**South Lake Tahoe, CA 96150** | | | Potential liability: security deposit | X | X | X | 0.00 |
| **ACCOUNT NO.**<br>**RHONDA CRITTENDEN**<br>**5115 Alrene Court**<br>**Carmichael, CA 95608** | | | Potential liability: security deposit | X | X | X | 0.00 |
| **ACCOUNT NO.**<br>**RIANN SMITH**<br>**4160 Elvas Ave**<br>**Sacramento, CA 95819** | | | Potential liability: security deposit | X | X | X | 0.00 |
| **ACCOUNT NO.**<br>**RICHARD HARPER AND MANDY HARPER**<br>**5112 Alrene Court**<br>**Carmichael, CA 95608** | | | Potential liability: security deposit | X | X | X | 0.00 |
| **ACCOUNT NO.**<br>**RICHARD HARRISON**<br>**6519 Hillsdale Blvd**<br>**Sacramento, CA 95842** | | | Potential liability: security deposit | X | X | X | 0.00 |
| **ACCOUNT NO.**<br>**RICHARD POLITOWSKI & ASHLEY HUA YANG**<br>**123 Hidden Lake**<br>**Sacramento, CA 95831** | | | Potential liability: security deposit | X | X | X | 0.00 |

Sheet no. __38__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u> _____ Case No. _____
                Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**RICHARD TAYLOR & REBECCA TAYLOR<br>2910 38th Ave<br>Sacramento, CA 95824** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ROBERT ALLEN & KELLY JO MILLIGAN & ANTH<br>6206 Jack London Circle<br>Sacramento, CA 95842** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ROBERT AND CHERYL LILLEY<br>2340 Darwin Street<br>Sacramento, CA 95825** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ROBERT AND DIANA PEREZ<br>4011 Green Tree Drive<br>Sacramento, CA 95823** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ROBERT AND JERRI MYERS<br>6956 Southwood Way<br>Sacramento, CA 95828** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ROBERT CINQUINI<br>11064 Goller Court<br>Rancho Cordova, CA 95670** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ROBERT SPAR, RUBY HOWERTON & JOHN GOEBEL<br>2851 Branch Street<br>Sacramento, CA 95815** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. <u>39</u> of <u>53</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u>      Case No. _____
               Debtor(s)                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ROBERT VIRUET**<br>**11088 Erla Court**<br>**Rancho Cordova, CA 95670** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ROBERT WITT**<br>**1901 El Monte**<br>**Sacramento, CA 95815** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ROBERT YAMASAKI**<br>**7145 Blue Springs Way**<br>**Citrus Heights, CA 95621** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ROBERTO & CECILIA GARCIA**<br>**2630 La Mesa Way**<br>**Sacramento, CA 95825** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ROBERTO ZARAGOZA**<br>**7589 Telfer**<br>**Sacramento, CA 95824** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ROBIN ROBINSON**<br>**3003 Edison Avenue**<br>**Sacramento, CA 95821** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ROBIN WILLIAMS**<br>**3325 Gould Way**<br>**Sacramento, CA 95827** | | | Potential liability: security deposit | X | X | X | 0.00 |

Sheet no. ___40___ of ___53___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u>          Case No. _____
<div style="text-align:center">Debtor(s)                 (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**RODNEY WHELAN**<br>**5237/5239 Karm Way**<br>**Sacramento, CA 95842** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ROGER & JENNY MOUA & SHOUA 1IONG**<br>**5260 Tangerine**<br>**Sacramento, CA 95823** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ROGER VAN VOORHIS & ROY RIVERA**<br>**4528 Whitney Avenue**<br>**Sacramento, CA 95821** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**RONALD AND NIKKI JARVIS**<br>**6353 Denton Way**<br>**Sacramento, CA 95621** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ROOSEVELT HARTON**<br>**4432 Forest Parkway**<br>**Sacramento, CA 95823** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ROSA PADILLA**<br>**261 Graves Ave**<br>**Sacramento, CA 95838** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ROSALIND DE CASTRO**<br>**1750 1/2 Vallejo Way**<br>**Sacramento, CA 95818** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. __41__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u>         Case No. _____
        Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ROSE BANKS**<br>**2628 La Mesa Way**<br>**Sacramento, CA 95825** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ROSE BROWN**<br>**2701 V Street A**<br>**Sacramento, CA 95818** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ROSIO & JOSE SALGADO & ROBERTA GONZALEZ**<br>**4419 77th street**<br>**Sacramento, CA 95820** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**RUPERT B. MOORHOUSE**<br>**321 Cleveland Ave, #A**<br>**Sacramento, CA 95833** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**RUTH CILLERO & RONALD PERSON**<br>**5937 Green Glen Way**<br>**Sacramento, CA 95842** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**RUTH HARDEN**<br>**6281 Weatherford**<br>**Sacramento, CA 95823** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**SABAH ALHAQQ**<br>**20 Coral Street**<br>**Sacramento, CA 95815** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. __42__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Mouras, Belton _____  Case No. _____
                Debtor(s)                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>SAKINAH CARTER<br>2142 63rd Ave<br>Sacramento, CA 95822 | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>SALLY TOWNE<br>6460 18th Avenue<br>Sacramento, CA 95820 | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>SANDRA AND MISTYONNA JOHNSON<br>1219 Wayland Ave<br>Sacramento, CA 95825 | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>SARA JANE FICHTER<br>11078 Erla Court<br>Rancho Cordova, CA 95670 | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>SAUL RODRIQUEZ & YOLANDA HERNANDEZ<br>5128 Karm Way<br>Sacramento, CA 95842 | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>SCHAUWEA JOHNSON & JENNIFER JOHNSON<br>2608 T Street #7<br>Sacramento, CA 95816 | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>SERENA WOOLVERTONAND ANDRU BUCK<br>475 Spinnaker<br>Sacramento, CA 95831 | | | Potential liability: security deposit | X | X | X | 0.00 |

Sheet no. 43 of 53 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

44

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Mouras, Belton** _____ Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode: vertical">© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME. MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**SERGIO & CELINA MARTINEZ**<br>**5844 Stallon**<br>**Sacramento, CA 95824** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**SHALENNA BREWER**<br>**4419 Palm Ave**<br>**Sacramento, CA 95842** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**SHANNON KELLY**<br>**7981 San Cosme**<br>**Citrus Heights, CA 95610** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**SHARON SAMPSE**<br>**102 Meister**<br>**Sacramento, CA 95819** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**SHAUN FREEMAN & MATTHEW GERANEN**<br>**3629 El Camino**<br>**Sacramento, CA 95821** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**SHAWN FAY**<br>**2713 Matheson Way**<br>**Sacramento, CA 95864** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**SHEILA COON**<br>**6806 Trovita Way**<br>**Citrus Heights, CA 95610** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. __44__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE <u>Mouras, Belton</u>                                                    Case No. _____
              Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**SHERRY JOHNSON & RACHAEL ROSSETTI**<br>**6669 Hillsdale Blvd**<br>**Sacramento, CA 95842** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**SHIELA and VERGIE TIDWELL, EARNEST TIDWE**<br>**6919 5th Parkway**<br>**Sacramento, CA 95823** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**SHON AND JOANNA FULGHAM**<br>**10168 Crawford Way**<br>**Rancho Cordova, CA 95670** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**SONIA BECKER**<br>**11052 Hirschfeld Way**<br>**Rancho Cordova, CA 95670** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**SONYA JOHNSON**<br>**2608 T Street #5**<br>**Sacramento, CA 95816** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**SOPHIA GONSALVES**<br>**7725 Pompei Court**<br>**Citrus Heights, CA 95621** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**STACY DANCER AND KARL SCHEEL**<br>**4420 Black Jack Way**<br>**Sacramento, CA 95842** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. __45__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u>       Case No. _____
<div style="text-align:center">Debtor(s)       (If known)</div>

<div style="text-align:center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**STACY HARRIS**<br>**6367 Denton Way**<br>**Sacramento, CA 95621** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**STACY STURTEVANT**<br>**11069 Erla Court**<br>**Rancho Cordova, CA 95670** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**STEFAN AND JANET BEUCA**<br>**6215 Longdale Drive**<br>**North Highlands, CA 95660** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**STEPHANIE NICHELSON**<br>**5203 Thurman Way**<br>**Sacramento, CA 95824** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**STEPHEN LERCH**<br>**5217 U Street**<br>**Sacramento, CA 95817** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**STEVE AND JAN CUTTER**<br>**3539 Victor Street B**<br>**South Lake Tahoe, CA 96150** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**STEVE LEWISON & EUGENIE CURLER**<br>**11082 Erla Court**<br>**Rancho Cordova, CA 95670** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. __46__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

</div>

IN RE <u>Mouras, Belton</u> _____ Case No. _____
              Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**STEVEN WILLIAMS**<br>**2374 Forest**<br>**Sacramento, CA 95815** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**SUE CHASENGNOU**<br>**5225 Gordon Drive**<br>**Sacramento, CA 95824** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**SUPRIYA BHATIA AND JEREMY ROOSE**<br>**2601 T Street**<br>**Sacramento, CA 95816** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**SUSAN (MELYSSAH) BODNAR**<br>**2608 T Street #4**<br>**Sacramento, CA 95816** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**T.J. DAVID**<br>**6664 Gloria**<br>**Sacramento, CA 95831** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**TAMMY MORALEZ**<br>**4602 Rula Court**<br>**North Highlands, CA 95660** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**TEJE ELLIS**<br>**7502 Westover Court**<br>**Fair Oaks, CA 95628** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. ____47____ of ____53____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u>         Case No. _____
<div align="center">Debtor(s)                 (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

© 1993-2009 EZ-Filing, Inc. [1-800-988-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**TERESA INIGUEZ**<br>**321 Cleveland Ave, #C**<br>**Sacramento, CA 95833** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**TERESA RIVARA & BAUDILIO MELGAR & JOSE M**<br>**4129 Glascow Drive**<br>**North Highlands, CA 95660** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**TERRY ANDERSON**<br>**2400 Meadowbrook Rd**<br>**Sacramento, CA 95825** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**THOMAS BACHMAN & KAREN BACHMAN**<br>**3716 Elkhorn Blvd**<br>**North Highlands, CA 95660** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**THOMAS CHOUINIERE**<br>**11066 Goller Court**<br>**Rancho Cordova, CA 95670** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**THURMAN RHODES & KAY KENDRICK**<br>**9953 Redstone Drive**<br>**Sacramento, CA 95827** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**TIM AND MARLINE CAPEL**<br>**10187 A Crawford Way**<br>**Rancho Cordova, CA 95670** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. __48__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE <u>Mouras, Belton</u> _____ Case No. _____
<span style="margin-left:4em">Debtor(s)</span> <span style="float:right">(If known)</span>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**TIM BALGENORTH & ROBERT BALGENORTH**<br>**7013 Amsterdam Ave**<br>**Sacramento, CA 95621** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**TINEKA GIBSON**<br>**3043 Edison Avenue**<br>**Sacramento, CA 95821** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**TONY SCHMIERER**<br>**3327 Gould Way**<br>**Sacramento, CA 95827** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**TONYA SUMMERS & ALAN KRAUS**<br>**3041 Edison Avenue**<br>**Sacramento, CA 95821** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**TRACI HODGE**<br>**2715 Matheson Way**<br>**Sacramento, CA 95864** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**TRACY BARBIERI**<br>**1311 63rd Street**<br>**Sacramento, CA 95819** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**TRACY WHITE**<br>**5127 Alrene Court**<br>**Carmichael, CA 95608** | | | Potential liability: security deposit | X | X | X | 0.00 |

Sheet no. ___49___ of ___53___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $
</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Mouras, Belton _____ Case No. _____
<div style="text-align:center">Debtor(s)</div> <div style="text-align:right">(If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>TRINKA MAC MURRTAUGH AND MARCUS HORTON<br>9853 Culp Way<br>Sacramento, CA 95827 | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>van SAM & MAY VANH1AY PHONGSAVATH<br>501 Morrison Ave<br>Sacramento, CA 95838 | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>VANG 1IONG & SHERRY YANG<br>4015 Green Tree Drive<br>Sacramento, CA 95823 | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>VASILIAN PCHELKINA & OKSANA GMYR<br>3161 Laurelhurst Drive<br>Rancho Cordova, CA 95670 | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>VICTOR NAVARETTE<br>564 6th Avenue<br>Sacramento, CA 95818 | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>VICTOR VILLA<br>3625 El Camino<br>Sacramento, CA 95821 | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>VIOLA SMITH<br>3627 El Camino<br>Sacramento, CA 95821 | | | Potential liability: security deposit | X | X | X | 0.00 |

Sheet no. __50__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">Subtotal<br>(Total of this page) $</div>

<div style="text-align:right">Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.) $</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mouras, Belton</u> _____ Case No. _____
<div style="text-align:center">Debtor(s)</div> <div style="text-align:right">(If known)</div>

<div style="text-align:center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**VIOLET JARWIN**<br>**7776 Lialana Way**<br>**Citrus Heights, CA 95610** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**VITALIY AND YELENA KISLYUK**<br>**4719 Large Oak Ct.**<br>**Sacramento, CA 95841** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**WADE HUTCHENS & JENNI LARSON**<br>**6302 14th Avenue**<br>**Sacramento, CA 95820** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**WARD GRAY**<br>**7740 Southcliff Drive**<br>**Fair Oaks, CA 95628** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**WESLEY AND ELIZABETH MATCHELL**<br>**210 La Purissiama**<br>**Sacramento, CA 95815** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**WILLIAM & RAY BELTRAN**<br>**9921 Redstone Drive**<br>**Sacramento, CA 95827** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**WILLIAM CO1 & SHERRI RENKERT**<br>**8779 Clifford Court**<br>**Fair Oaks, CA 95628** | | | **Potential liability: security deposit** | X | X | X | 0.00 |

Sheet no. <u>51</u> of <u>53</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

</div>

<div style="writing-mode: vertical-rl">© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

IN RE **Mouras, Belton**          Case No. _____
<br>           Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**WILLIAM WALSH & ELIZABETH WALSH-BERRIOS**<br>**8295 Deseret Ave**<br>**Sacramento, CA 95628** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**WILLIE AND DOROTHY VAUGHN**<br>**9906 Aries Way**<br>**Sacramento, CA 95827** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**WILLIE AND JUDY CROCKETT**<br>**4924 Tacomic Drive**<br>**Sacramento, CA 95842** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**XONG VANG AND SHENG XLONG**<br>**11022 Hirschfeld Way**<br>**Rancho Cordova, CA 95670** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**YA MOUA AND MERRY HER**<br>**8238 Home Country Way**<br>**Sacramento, CA 95828** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**YANIKA GILBERT**<br>**2819 14th Avenue**<br>**Sacramento, CA 95820** | | | Potential liability: security deposit | X | X | X | 0.00 |
| ACCOUNT NO.<br>**YENG VEU AND SUSNA 1IONG YENT**<br>**1530 Belinda Way**<br>**Sacramento, CA 95822** | | | Potential liability: security deposit | X | X | X | 0.00 |

Sheet no. **52** of **53** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Mouras, Belton _____ Case No. _____
<div align="center">Debtor(s)                    (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**YOGESHWAR NANDAN**<br>**6602 Woodbine Ave**<br>**Sacramento, CA  95822** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**YVONNE BROWN**<br>**11090 Erla Court**<br>**Rancho Cordova, CA  95670** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**ZACHARY & CHRISTINE TROWBRIDGE**<br>**6351 Denton Way**<br>**Sacramento, CA  95621** | | | **Potential liability: security deposit** | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __53__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | $ |
| Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only