FILED

August 14, 2009

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002025820

# ATTACHMENT A
## (Properties Owned by Debtor)

IN RE Belton P Mouras, Jr.                          Case No. _____
              Debtor(s)

# SCHEDULE A – REAL PROPERTY

## EXPLANATION OF REPORTING METHODOLOGY

Many of the properties listed on Schedule A were previously held in Mr. Mouras's name, individually. Title to many of these properties has been transferred to entities in which Mr. Mouras holds a significant ownership interest, often 100%. There are business reasons for these transfers and, if the trustee wishes, the entities controlled by Mr. Mouras now holding title to properties transferred by Mr. Mouras to those entities within the year prior to filing this bankruptcy case will transfer any or all of those properties to the bankruptcy estate upon the trustee's request.

In preparing these schedules, there were a few options available. We could have listed the entities and disclosed the "net value" of each entity. That methodology would not have provided any detail regarding the extent of the value of the assets owned by each entity and would have resulted in understating the magnitude of this case. Instead, we opted to list in Mr. Mouras's Schedule A each parcel of real property owned by an entity controlled by Mr. Mouras, reference the entity actually holding title to the property, and list Mr. Mouras's percentage ownership in that entity. We then valued Mr. Mouras's share of each property and listed a proportional amount of secured claims against that value. For example, if Mr. Mouras owns a 50% interest in an entity which owns a property worth $400,000, encumbered by a $400,000 loan, we listed the value of the property at $200,000 (or half the value) and the debt at $200,000 (or half the amount of the debt), notwithstanding the fact that the amount of the debt actually secured by that asset is the entirety of the debt, or $400,000. To list the property/debt in any other way would give a less accurate picture of the overall economic condition of the estate's assets, at least vis-a-vis the likely return to creditors. If we had merely netted out the values of the properties held by each entity, almost all the entities would have nominal value, if any. A person looking at the Mouras Schedules and Statement of Financial Affairs would be led to believe that the estate property in this case was relatively minimal. This really is not true, since Mr. Mouras owns directly or controls directly more than 250 parcels of real estate which have a total gross value exceeding $50 million. The vast majority of these properties have little or no "realizable" equity.

By listing the real properties owned at the entity levels on Schedule A and valuing Mr. Mouras's interests in the entities holding the property at an unknown amount, we believe we are providing a more accurate overall, economic picture.

# SCHEDULE A – REAL PROPERTY

## EXPLANATION OF REPORTING METHODOLOGY

Many of the properties listed on Schedule A were previously held in Mr. Mouras's name, individually. Over the last few months, title to many of these properties has been transferred to entities in which Mr. Mouras holds a significant ownership interest, often 100%. There are business reasons for these transfers and, if the trustee wishes, the entities controlled by Mr. Mouras now holding title will transfer these properties to the bankruptcy estate.

In preparing these schedules, there were a few options available. We could have just listed the entities and disclosed the "net value" of each entity. That methodology would not have revealed any detail regarding the extent of the value of the assets owned by each entity and would have resulted in understating the magnitude of this case. Instead, we opted to list in Mr. Mouras's Schedule A each parcel of real property owned by one of the entities, reference the entity actually holding title to the property, and list Mr. Mouras's percentage ownership in that entity. We then valued Mr. Mouras's share of the property and listed a proportional amount of secured claims against that value. For example, if Mr. Mouras owns a 50% interest in an entity which owns a property worth $400,000, encumbered by a $400,000 loan, we listed the value of the property at $200,000 (or half the value) and the debt at $200,000 (or half the amount of the debt), notwithstanding the fact that the amount of the debt actually owed on that asset is the entirety of the debt, or $400,000. To list the property/debt in any other way would give a less accurate picture of the overall economic condition of the estate's assets, at least vis-a-vis the likely return to creditors. If we had merely netted out the values of the properties held by each entity, almost all the entities would have nominal value, if any. A person looking at the Mouras Schedules and Statement of Financial Affairs would be led to believe that the estate property in this case was relatively minimal. This really is not true, since Mr. Mouras owns directly or controls directly more than 250 parcels of real estate which have a total gross value exceeding $50 million. The vast majority of these assets have little or no "realizable" equity.

By listing the real properties owned at the entity levels on Schedule A and valuing Mr. Mouras's actual interests in the entities holding the property at an unknown amount, we believe we are providing a more accurate overall, economic picture.

IN RE  Belton P. Mouras, Jr.                          Case No. _____
                Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 4129 Glascow Drive North Highlands, Ca 95660 APN - 217-0190-030  Belton Mouras, Jr. owns this property.  The 1st Secured Claim is held with: Chase with a loan number of:  1915424065  The 2nd Secured Claim is held with: N/A with a loan number of: N/A | Residential Real Property | H | 88031 | 260800 |
|  |  |  |  | 260800 |
| TOTAL |  |  | 88031 |  |

IN RE  Belton P. Mouras, Jr. _____     Case No. _____
              Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1027/1029 South Ave<br>Sacramento, CA  95838<br>APN -<br><br>Belton Mouras, Jr. owns this property.  This property is subject to the 1st Federal Receivership<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br><br>The 2nd Secured Claim is held with:<br>N/A<br>with a loan number of:<br>N/A | Residential Real Property | H | 167054 | 264000<br><br><br>264000 |
| | | TOTAL | 167054 | |

IN RE <u>Belton P. Mouras, Jr.</u>              Case No. _____
Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 10945/10947 Gadsten Way<br>Rancho Cordova, CA 95670<br>APN -<br><br>Belton Mouras, Jr. owns this property. This property is subject to the 1st Federal Receivership<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br><br>The 2nd Secured Claim is held with:<br>N/A<br>with a loan number of:<br>N/A | Residential Real Property | H | 183416 | 376000<br><br><br>376000 |
| | | TOTAL | 183416 | |

IN RE  Belton P. Mouras, Jr.                    Case No. _____
                    Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 10952/10954 Hirschfeld Way<br>Rancho Cordova, Ca 95670<br>APN -<br><br>Belton Mouras, Jr. owns this property. This property is subject to the 1st Federal Receivership<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br><br>The 2nd Secured Claim is held with:<br>N/A<br>with a loan number of:<br>N/A | Residential Real Property | H | 162913 | 306250<br><br><br>306250 |
| | | TOTAL | 162913 | |

IN RE  Belton P. Mouras, Jr.            Case No. _____

              Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 11065/11067 Erla Court<br>Rancho Cordova, Ca 95670<br>APN -<br><br>Belton Mouras, Jr. owns this property.  This property is subject to the 1st Federal Receivership<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br><br>The 2nd Secured Claim is held with:<br>Steve & Darlene Schwarz<br>with a loan number of:<br>None | Residential Real Property | H | 158368 | 264000<br><br>110000<br><br><br>374000 |
| | | TOTAL | 158368 | |

IN RE <u>Belton P. Mouras, Jr.</u>          Case No. _____
          Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 11077/11079 Erla Court<br>Rancho Cordova, Ca 95670<br>APN -<br><br>Belton Mouras, Jr. owns this property. This property is subject to the 1st Federal Receivership<br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br><br>The 2nd Secured Claim is held with:<br>Steve & Darlene Schwarz<br>with a loan number of:<br>None | Residential Real Property | H | 157863 | 248000<br><br>151000<br><br>399000 |
| | | TOTAL | 157863 | |

IN RE  Belton P. Mouras, Jr.                 Case No. _____
            Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 11080/11082 Erla Court<br>Rancho Cordova, Ca 95670<br>APN - 058-0460-012<br><br>Belton Mouras, Jr. owns this property.<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br> 49947408<br><br>The 2nd Secured Claim is held with:<br>Barbara Mellin DN<br>with a loan number of:<br>none | Residential Real Property | H | 156045 | 262233<br><br>155000<br><br><br>417233 |
| | | TOTAL | 156045 | |

IN RE  Belton P. Mouras, Jr.                    Case No. _____
                Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1274/1276 Jonas Ave Sacramento, Ca 95864 APN -  Belton Mouras, Jr. owns this property. This property is subject to the 1st Federal Receivership  The 1st Secured Claim is held with: First Federal with a loan number of:  The 2nd Secured Claim is held with: N/A with a loan number of: N/A | Residential Real Property | H | 165528 | 304000 _____ 304000 |
| | | TOTAL | 165528 | |

IN RE  Belton P. Mouras, Jr.                     Case No. _____
                     Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1507/1509 38TH STREET Sacramento, Ca 95816 APN - 008-0403-019  Belton Mouras, Jr. owns this property.   The 1st Secured Claim is held with: First Federal with a loan number of:  50020149  The 2nd Secured Claim is held with: Morris Feldman with a loan number of: 7011678 | Residential Real Property | H | 423735 | 303811  130000  _____ 433811 |
| | | TOTAL | 423735 | |

IN RE  Belton P. Mouras, Jr.                    Case No. _____
                Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

· Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2400/2402 Meadowbrook Rd<br>Sacramento, CA  95825<br>APN - 279-0022-011<br><br>Belton Mouras, Jr. owns this property.<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br>50001825<br><br>The 2nd Secured Claim is held with:<br>Frank Ingram<br>with a loan number of:<br>none | Residential Real Property | H | 195132 | 275854<br><br>85000<br><br><br>360854 |
| | | TOTAL | 195132 | |

IN RE  Belton P. Mouras, Jr.                    Case No. _____
                Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2401/2403 Brentwood Road<br>Sacramento, CA  95825<br>APN - 279-0050-004<br><br>Belton Mouras, Jr. owns this property.<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br> 50004505<br><br>The 2nd Secured Claim is held with:<br>Morris Feldman<br>with a loan number of:<br>7090675 | Residential Real Property | H | 179982 | 296198<br><br>50000<br><br><br>346198 |
| | | TOTAL | 179982 | |

IN RE  Belton P. Mouras, Jr.                    Case No. _____
                    Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2405/2417 Camino Garden Way Carmichael, CA 95608 APN - <br><br> Belton Mouras, Jr. owns this property.  This property is subject to the 1st Federal Receivership <br><br><br> The 1st Secured Claim is held with: First Federal with a loan number of: <br><br> The 2nd Secured Claim is held with: N/A with a loan number of: N/A | Residential Real Property | H | 231166 | 412000 <br><br><br><br> 412000 |
| | | TOTAL | 231166 | |

IN RE Belton P. Mouras, Jr.                            Case No. _____
Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2472/2474 Twin Court Rancho Cordova, CA 95670 APN - <br><br>Belton Mouras, Jr. owns this property. This property is subject to the 1st Federal Receivership<br><br><br>The 1st Secured Claim is held with: First Federal with a loan number of:<br><br>The 2nd Secured Claim is held with: N/A with a loan number of: N/A | Residential Real Property | H | 165438 | 344000 <br><br><br> 344000 |
| | | TOTAL | 165438 | |

IN RE Belton P. Mouras, Jr.                   Case No. _____
               Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2645 Capitolas/10178 La Alegriea Rancho Cordova, CA 95670 APN - <br><br>Belton Mouras, Jr. owns this property. This property is subject to the 1st Federal Receivership<br><br><br>The 1st Secured Claim is held with: First Federal with a loan number of:<br><br>The 2nd Secured Claim is held with: N/A with a loan number of: N/A | Residential Real Property | H | 159885 | 360000 <br><br><br><br>360000 |
| | | | TOTAL     159885 | |

IN RE Belton P. Mouras, Jr.            Case No. _____
           Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2733/2735 Mendonca Drive Rancho Cordova, CA 95670 APN -<br><br>Belton Mouras, Jr. owns this property. This property is subject to the 1st Federal Receivership<br><br><br>The 1st Secured Claim is held with: First Federal with a loan number of:<br><br>The 2nd Secured Claim is held with: N/A with a loan number of: N/A | Residential Real Property | H | 148896 | 316000<br><br><br><br>316000 |
| | | TOTAL | 148896 | |

IN RE  Belton P. Mouras, Jr.                          Case No. _____

  Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2790/2792 Pope Ave<br>Sacramento, CA  95821<br>APN - 268-0031-016<br><br>Belton Mouras, Jr. owns this property.<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br> 49996954<br><br>The 2nd Secured Claim is held with:<br>Linda Elzer<br>with a loan number of:<br>none | Residential Real Property | H | 171498 | 257832<br><br>50000<br><br><br>307832 |
| | | TOTAL | 171498 | |

IN RE <u>Belton P. Mouras, Jr.</u>            Case No. _____
                   Debtor(s)

## SCHEDULE A -- REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2855 El Prado<br>Sacramento, CA 95825<br>APN - 279-0091-002<br><br>Belton Mouras, Jr. owns this property.<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br> 49895602<br><br>The 2nd Secured Claim is held with:<br>Kathleen Schwarz DN<br>with a loan number of:<br>none | Residential Real Property | H | 225423 | 305929<br><br>75000<br><br><br><br>380929 |
| | | TOTAL | 225423 | |

IN RE  Belton P. Mouras, Jr.                          Case No. _____

                    Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2939 Del Paso Blvd<br>Sacramento, Ca 95815<br>APN -<br><br>Belton Mouras, Jr. owns this property.  This property is subject to the 1st Federal Receivership<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br><br>The 2nd Secured Claim is held with:<br>N/A<br>with a loan number of:<br>N/A | Residential Real Property | H | 133072 | 280000<br><br><br><br>280000 |
|  | TOTAL |  | 133072 |  |

IN RE  Belton P. Mouras, Jr.               Case No. _____

Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 3304 Corbin Way<br>Sacramento, Ca 95827<br>APN -<br><br>Belton Mouras, Jr. owns this property.  This property is subject to the 1st Federal Receivership<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br><br>The 2nd Secured Claim is held with:<br>N/A<br>with a loan number of:<br>N/A | Residential Real Property | H | 152712 | 277000<br><br><br>277000 |
| | | TOTAL | 152712 | |

IN RE <u>Belton P. Mouras, Jr.</u>   Case No. _____

     Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 4549/4551 Bomark<br>Sacramento, Ca 95842<br>APN -<br><br>Belton Mouras, Jr. owns this property. This property is subject to the 1st Federal Receivership<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br><br>The 2nd Secured Claim is held with:<br>N/A<br>with a loan number of:<br>N/A | Residential Real Property | H | 181566 | 345000<br><br><br>345000 |
| | | TOTAL | 181566 | |

IN RE  Belton P. Mouras, Jr.                     Case No. _____
                    Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 4712 Moorpark Way Sacramento, CA 95842 APN - 220-0510-063  Belton Mouras, Jr. owns this property.   The 1st Secured Claim is held with: First Federal with a loan number of:  The 2nd Secured Claim is held with: Morris Feldman with a loan number of: 8003687 | Residential Real Property | H | 150480 | 128176  90000   218176 |
| | | TOTAL | 150480 | |

IN RE  Belton P. Mouras, Jr.                        Case No. _____

Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 4810/4812 Robert Frost Way Sacramento, Ca 95842 APN - <br><br> Belton Mouras, Jr. owns this property. This property is subject to the 1st Federal Receivership <br><br> The 1st Secured Claim is held with: First Federal with a loan number of: <br><br> The 2nd Secured Claim is held with: N/A with a loan number of: N/A | Residential Real Property | H | 215029 | 352000 <br><br> 352000 |
| | | TOTAL | 215029 | |

IN RE  Belton P. Mouras, Jr.         Case No. _____

           Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 5016 Donovan Drive<br>Carmichael, Ca  95608<br>APN -<br><br>Belton Mouras, Jr. owns this property.  This property is subject to the 1st Federal Receivership<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br><br>The 2nd Secured Claim is held with:<br>N/A<br>with a loan number of:<br>N/A | Residential Real Property | H | 161701 | 228000<br><br><br>228000 |
| TOTAL | | | 161701 | |

IN RE Belton P. Mouras, Jr.           Case No. _____
           Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 5530/5532 Towhee Way<br>Sacramento, CA 95842<br>APN -<br><br>Belton Mouras, Jr. owns this property. This property is subject to the 1st Federal Receivership<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br><br>The 2nd Secured Claim is held with:<br>AMDG<br>with a loan number of:<br>None | Residential Real Property | H | 372690 | 308000<br><br>150000<br><br><br>458000 |
| | | TOTAL | 372690 | |

IN RE  Belton P. Mouras, Jr.                    Case No. _____
                Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 5869 Ortega/6241 McMahon Sacramento, Ca 95824 APN -<br><br>Belton Mouras, Jr. owns this property. This property is subject to the 1st Federal Receivership<br><br><br>The 1st Secured Claim is held with: First Federal with a loan number of:<br><br>The 2nd Secured Claim is held with: N/A with a loan number of: N/A | Residential Real Property | H | 107807 | 248500<br><br><br>248500 |
| | | TOTAL | 107807 | |

IN RE  Belton P. Mouras, Jr.           Case No. _____

           Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 5924 Marlin Circle<br>Carmichael, CA 95608<br>APN - 229-0272-013<br><br>Belton Mouras, Jr. owns this property.<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br> 50024475<br><br>The 2nd Secured Claim is held with:<br>Doug Drake<br>with a loan number of:<br>none | Residential Real Property | H | 128898 | 157803<br><br>75000<br><br><br>232803 |
| | | TOTAL | 128898 | |

IN RE  Belton P. Mouras, Jr. _____     Case No. _____
           Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 5937 Green Glen Way<br>Sacramento, CA 95842<br>APN - 220-0292-007<br><br>Belton Mouras, Jr. owns this property.<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br> 50026376<br><br>The 2nd Secured Claim is held with:<br>Doug Drake<br>with a loan number of:<br>none | Residential Real Property | H | 134244 | 110941<br><br>70000<br><br><br><br>180941 |
| | | TOTAL | 134244 | |

IN RE  Belton P. Mouras, Jr. _____    Case No. _____
                     Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 5949 Crowder Way<br>Sacramento, CA 95842<br>APN - 220-0740-038<br><br>Belton Mouras, Jr. owns this property.<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br> 50025157<br><br>The 2nd Secured Claim is held with:<br>Morris Feldman<br>with a loan number of:<br>8003686 | Residential Real Property | H | 145844 | 122378<br><br>60000<br><br><br>182378 |
| | | TOTAL | 145844 | |

IN RE  Belton P. Mouras, Jr.           Case No. _____

            Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 6165 Stoffer Way O'Vale, Ca 95662 APN - <br><br> Belton Mouras, Jr. owns this property.  This property is subject to the 1st Federal Receivership <br><br><br> The 1st Secured Claim is held with: First Federal with a loan number of: <br><br> The 2nd Secured Claim is held with: N/A with a loan number of: N/A | Residential Real Property | H | 160000 | 222600 <br><br><br><br> 222600 |
| | | TOTAL | 160000 | |

IN RE  Belton P. Mouras, Jr.                          Case No. _____
              Debtor(s)

# SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 6167 Stoffer Way O'Vale, Ca 95662 APN -<br><br>Belton Mouras, Jr. owns this property. This property is subject to the 1st Federal Receivership<br><br>The 1st Secured Claim is held with: First Federal with a loan number of:<br><br>The 2nd Secured Claim is held with: Florence Cardoza with a loan number of: None | Residential Real Property | H | 130000 | 185000<br><br>50000<br><br>235000 |
| | | **TOTAL** | 130000 | |

IN RE  Belton P. Mouras, Jr.          Case No. _____

            Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 6343/6345 Oakcreek Way<br>Citrus Heights, CA 95621<br>APN - 229-0061-016<br><br>Belton Mouras, Jr. owns this property.<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br> 49895628<br><br>The 2nd Secured Claim is held with:<br>N/A<br>with a loan number of:<br>N/A | Residential Real Property | H | 176245 | 313579<br><br><br>313579 |
| | | TOTAL | 176245 | |

IN RE  Belton P. Mouras, Jr.                            Case No. _____

                              Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 6372/6374/6376/6378 14th Ave Sacramento, CA  95820 APN -  Belton Mouras, Jr. owns this property.  This property is subject to the 1st Federal Receivership  The 1st Secured Claim is held with: First Federal with a loan number of:  The 2nd Secured Claim is held with: N/A with a loan number of: N/A | Residential Real Property | H | 339204 | 496000 |
|  |  |  |  | 496000 |
| | | TOTAL | 339204 | |

IN RE Belton P. Mouras, Jr. _____          Case No. _____

                    Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 6427/6429 Santa Catarina Wy Citrus Heights, CA 95610 APN -<br><br>Belton Mouras, Jr. owns this property. This property is subject to the 1st Federal Receivership<br><br><br>The 1st Secured Claim is held with: First Federal with a loan number of:<br><br>The 2nd Secured Claim is held with: N/A with a loan number of: N/A | Residential Real Property | H | 149884 | 316775<br><br><br><br>316775 |
| | | TOTAL | 149884 | |

IN RE <u>Belton P. Mouras, Jr.</u>                    Case No. _____
                    Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 6905/6907 Centennial Way<br>Sacramento, Ca 95842<br>APN -<br><br>Belton Mouras, Jr. owns this property. This property is subject to the 1st Federal Receivership<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br><br>The 2nd Secured Claim is held with:<br>N/A<br>with a loan number of:<br>N/A | Residential Real Property | H | 179275 | 294000<br><br><br>294000 |
| | | TOTAL | 179275 | |

IN RE  Belton P. Mouras, Jr.                     Case No. _____
                    Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 6992 Escallonia Drive<br>Citrus Heights, CA  95621<br>APN -<br><br>Belton Mouras, Jr. owns this property.  This property is subject to the 1st Federal Receivership<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br><br>The 2nd Secured Claim is held with:<br>N/A<br>with a loan number of:<br>N/A | Residential Real Property | H | 199044 | 294750<br><br><br>294750 |
| | | TOTAL | 199044 | |

IN RE  Belton P. Mouras, Jr.            Case No. _____

Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 7027/7029 Amsterdam Ave Citrus Heights, CA 95621 APN -<br><br>Belton Mouras, Jr. owns this property. This property is subject to the 1st Federal Receivership<br><br>The 1st Secured Claim is held with: First Federal with a loan number of:<br><br>The 2nd Secured Claim is held with: N/A with a loan number of: N/A | Residential Real Property | H | 165429 | 252500<br><br><br>252500 |
| | | TOTAL | 165429 | |

IN RE  Belton P. Mouras, Jr.                    Case No. _____
           Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 7304/7606 Berna Way<br>Sacramento, Ca 95823<br>APN -<br><br>Belton Mouras, Jr. owns this property. This property is subject to the 1st Federal Receivership<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br><br>The 2nd Secured Claim is held with:<br>N/A<br>with a loan number of:<br>N/A | Residential Real Property | H | 166607 | 300000<br><br><br>300000 |
| | | TOTAL | 166607 | |

IN RE  Belton P. Mouras, Jr.                           Case No. _____
                    Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 7609/7600 Bogey Court<br>Sacramento, CA  95828<br>APN -<br><br>Belton Mouras, Jr. owns this property.  This property is subject to the 1st Federal Receivership<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br><br>The 2nd Secured Claim is held with:<br>N/A<br>with a loan number of:<br>N/A | Residential Real Property | H | 265630 | 314575<br><br><br>314575 |
| | | TOTAL | 265630 | |

IN RE  Belton P. Mouras, Jr.                      Case No. _____
                    Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 7720/7722 Sunset Ave<br>Fair Oaks, CA  95628<br>APN -<br><br>Belton Mouras, Jr. owns this property.  This property is subject to the 1st Federal Receivership<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br><br>The 2nd Secured Claim is held with:<br>N/A<br>with a loan number of:<br>N/A | Residential Real Property | H | 281992 | 532000<br><br><br><br>532000 |
| TOTAL | | | 281992 | |

IN RE  Belton P. Mouras, Jr.                    Case No. _____
                    Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C -- Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 7805 Neal Street<br>Fair Oaks, Ca 95628<br>APN -<br><br>Belton Mouras, Jr. owns this property.  This property is subject to the 1st Federal Receivership<br><br><br>The 1st Secured Claim is held with;<br>First Federal<br>with a loan number of:<br><br>The 2nd Secured Claim is held with:<br>N/A<br>with a loan number of:<br>N/A | Residential Real Property | H | 170379 | 257600<br><br><br>257600 |
| | | TOTAL | 170379 | |

IN RE <u>Belton P. Mouras, Jr.</u>                    Case No. _____
              Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 7849/7851 Winding way<br>Fair Oaks, CA 98628<br>APN -<br><br>Belton Mouras, Jr. owns this property. This property is subject to the 1st Federal Receivership<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br><br>The 2nd Secured Claim is held with:<br>N/A<br>with a loan number of:<br>N/A | Residential Real Property | H | 180588 | 396000<br><br><br>396000 |
| | | TOTAL | 180588 | |

IN RE  Belton P. Mouras, Jr.                    Case No. _____

                Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 9906 Aries Way<br>Sacramento, CA 95827<br>APN - 068-0084-002<br><br>Belton Mouras, Jr. owns this property.<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br> 50022888<br><br>The 2nd Secured Claim is held with:<br>Morris Feldman<br>with a loan number of:<br>8003688 | Residential Real Property | H | 130838 | 144244<br><br>60000<br><br><br>204244 |
| | | TOTAL | 130838 | |

IN RE Belton P. Mouras, Jr.          Case No. _____
          Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2722 Cabernet/10709 Alicante Rancho Cordova, CA 95670 APN - 057-0252-003 <br><br> Belton Mouras, Jr. owns this property. <br><br><br> The 1st Secured Claim is held with: First Horizon Home with a loan number of: 55561120 <br><br> The 2nd Secured Claim is held with: N/A with a loan number of: N/A | Residential Real Property | H | 143748 | 280000 <br><br><br> 280000 |
| | | | TOTAL      143748 | |

IN RE  Belton P. Mouras, Jr. _____      Case No. _____

                    Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 3334 Union Springs Way<br>Rancho Cordova, CA  95827<br>APN - 068-0512-025<br><br>Belton Mouras, Jr. owns this property.<br><br><br>The 1st Secured Claim is held with:<br>First Horizon Home<br>with a loan number of:<br> 55561260<br><br>The 2nd Secured Claim is held with:<br>Marian Taylor  DN<br>with a loan number of:<br>none | Residential Real Property | H | 124230 | 241500<br><br>80000<br><br><br>321500 |
| | | | TOTAL            124230 | |

IN RE <u>Belton P. Mouras, Jr.</u>          Case No. _____
              Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2114 Oneil Way<br>Sacramento, CA 95822<br>APN - 048-0242-006<br><br>Belton Mouras, Jr. owns this property.<br><br><br>The 1st Secured Claim is held with:<br>Irwin<br>with a loan number of:<br> 400472299<br><br>The 2nd Secured Claim is held with:<br>N/A<br>with a loan number of:<br>N/A | Residential Real Property | H | 91278 | 76500<br><br><br>76500 |
| | | TOTAL | 91278 | |

IN RE  Belton P. Mouras, Jr.                    Case No. _____

Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 3325/3327 Gould Way<br>Sacramento, CA  95827<br>APN - 077-0193-014<br><br>Belton Mouras, Jr. owns this property.<br><br><br>The 1st Secured Claim is held with:<br>Irwin<br>with a loan number of:<br> 400063229<br><br>The 2nd Secured Claim is held with:<br>Steve & Darlene Schwarz<br>with a loan number of:<br>none | Residential Real Property | H | 231694 | 317800<br><br>115000<br><br><br>432800 |
| | | TOTAL | 231694 | |

IN RE  Belton P. Mouras, Jr._____     Case No. _____
                        Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC".  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2142 63rd Ave<br>Sacramento, CA 95822<br>APN - 047-0332-004<br><br>Belton Mouras, Jr. owns this property.<br><br><br>The 1st Secured Claim is held with:<br>Julie Kim<br>with a loan number of:<br> none<br><br>The 2nd Secured Claim is held with:<br>N/A<br>with a loan number of:<br>N/A | Residential Real Property | H | 85648 | 100000<br><br><br>100000 |
| | | TOTAL | 85648 | |

IN RE  Belton P. Mouras, Jr.                        Case No. _____
             Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 4601 Lippi Parkway<br>Sacramento, CA  95823<br>APN - 050-0164-019<br><br>Belton Mouras, Jr. owns this property.<br><br><br>The 1st Secured Claim is held with:<br>Morris Feldman<br>with a loan number of:<br> 5011659<br><br>The 2nd Secured Claim is held with:<br>AMDG  DN<br>with a loan number of:<br>none | Residential Real Property | H | 107969 | 215000<br><br><br>90000<br><br><br><br>305000 |
| | | TOTAL | 107969 | |

IN RE  Belton P. Mouras, Jr.                   Case No. _____

                Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 5725 39th Street<br>Sacramento, Ca 95823<br>APN - 026-0033-019<br><br>Belton Mouras, Jr. owns this property.<br><br><br>The 1st Secured Claim is held with:<br>Morris Feldman<br>with a loan number of:<br> 2100393<br><br>The 2nd Secured Claim is held with:<br>Kathleen D. Schwarz<br>with a loan number of:<br>none | Residential Real Property | H | 111144 | 110000<br><br>35000<br><br><br>145000 |
| | | TOTAL | 111144 | |

IN RE  Belton P. Mouras, Jr.                    Case No. _____
                    Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1901 El Monte/2374 Forest Sacramento, CA 95815 APN - 275-0034-017  Belton Mouras, Jr. owns this property.  The 1st Secured Claim is held with: Wachovia with a loan number of: 21305974  The 2nd Secured Claim is held with: Kathleen Schwarz DN with a loan number of: none | Residential Real Property | H | 101202 | 101155  200000  _____ 301155 |
| | | TOTAL | 101202 | |

IN RE  Belton P. Mouras, Jr.                                    Case No. _____
                    Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 4907/4909 Harrison Street North Highlands, Ca 95660 APN - 228-4900-042  Belton Mouras, Jr. owns this property.   The 1st Secured Claim is held with: Wachovia with a loan number of: 42083550  The 2nd Secured Claim is held with: Marie Lane with a loan number of: none | Residential Real Property | H | 128876 | 396896  100000  496896 |
| | | TOTAL | 128876 | |

IN RE  Belton P. Mouras, Jr.                          Case No. _____

                        Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 6215 Longdale Drive<br>North Highlands, CA  95660<br>APN - 219-0163-031<br><br>Belton Mouras, Jr. owns this property.<br><br><br>The 1st Secured Claim is held with:<br>Wachovia<br>with a loan number of:<br> 47043351<br><br>The 2nd Secured Claim is held with:<br>N/A<br>with a loan number of:<br>N/A | Residential Real Property | H | 98879 | 187956<br><br><br>187956 |
| | | TOTAL | 98879 | |

IN RE  Belton P. Mouras, Jr.                                    Case No. _____
                    Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2788/2790 Muir Way<br>Sacramento, CA  95818<br>APN - 090-0353-014<br><br>Belton Mouras, Jr. owns this property.<br><br><br>The 1st Secured Claim is held with:<br>Washington Mutual<br>with a loan number of:<br> 675153223<br><br>The 2nd Secured Claim is held with:<br>Linda Hoffman<br>with a loan number of:<br>none | Residential Real Property | H | 248985 | 305372<br><br>100000<br><br><br>405372 |
| | | TOTAL | 248985 | |

IN RE  Belton P. Mouras, Jr.                          Case No. _____

   Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 5813/5815 WESTFIELD STREET Carmichael, CA  95608 APN - 229-3030-003  Belton Mouras, Jr. owns this property.   The 1st Secured Claim is held with: First Federal with a loan number of:  50024190  The 2nd Secured Claim is held with: Morris Feldman with a loan number of: 8001683 | Residential Real Property | H | 175760 | 179653  100000   279653 |
| | | TOTAL | 175760 | |

IN RE <u>Belton P. Mouras, Jr.</u>         Case No. _____
         Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 6271/6281 Weatherford<br>Sacramento, CA 95823<br>APN - 117-0082-005<br><br>Belton Mouras, Jr. owns this property.<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br> 50024174<br><br>The 2nd Secured Claim is held with:<br>Mario Ferrero<br>with a loan number of:<br>none | Residential Real Property | H | 131472 | 159537<br><br>65000<br><br><br>224537 |
| | | | TOTAL | 131472 |

IN RE  Belton P. Mouras, Jr. _____  Case No. _____

Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 123 Hidden Lake\475 Spinnaker Sacramento, CA  95831 APN - 031-5600-059  Belton Mouras, Jr. owns this property.  The 1st Secured Claim is held with: First Federal with a loan number of: 49895592  The 2nd Secured Claim is held with: Lillian Schwarz  DN with a loan number of: none | Residential Real Property | H | 268785 | 396896  200000  596896 |
| | | TOTAL | 268785 | |

IN RE  Belton P. Mouras, Jr.                                    Case No. _____

Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 3129 T Street<br>Sacramento, CA  95820<br>APN - 010-0132-019<br><br>Belton Mouras, Jr. owns this property.<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br>49974439<br><br>The 2nd Secured Claim is held with:<br>Mario Ferrero<br>with a loan number of:<br>none | Residential Real Property | H | 275913 | 289477<br><br>65000<br><br><br>354477 |
| | | TOTAL | 275913 | |

IN RE  Belton P. Mouras, Jr. _____     Case No. _____
                 Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 8073/8075 Treecrest Ave<br>Citrus Heights, CA  95610<br>APN - 233-0430-021<br><br>Belton Mouras, Jr. owns this property.<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br> 49992356<br><br>The 2nd Secured Claim is held with:<br>N/A<br>with a loan number of:<br>N/A | Residential Real Property | H | 227149 | 355371<br><br><br>355371 |
| TOTAL | | | 227149 | |

IN RE  Belton P. Mouras, Jr.                    Case No. _____
                Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executor contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 8180 Plumeria\4650 Bamboo<br>Fair Oaks, CA  95628<br>APN - 244-0343-001<br><br>Belton Mouras, Jr. owns this property.<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br> 49942283<br><br>The 2nd Secured Claim is held with:<br>Doug Drake<br>with a loan number of:<br>none | Residential Real Property | H | 475710 | 456360<br><br>145000<br><br><br>601360 |
|  |  |  | TOTAL | 475710 |

IN RE <u>Belton P. Mouras, Jr.</u>           Case No. _____

          Debtor(s)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executor contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 4924/4926 Tacomic Drive<br>Sacramento, CA  95842<br>APN - 220-0650-056<br><br>Belton Mouras, Jr. owns this property.<br><br><br>The 1st Secured Claim is held with:<br>First Federal<br>with a loan number of:<br> 49992822<br><br>The 2nd Secured Claim is held with:<br>N/A<br>with a loan number of:<br>N/A | Residential Real Property | H | 223311 | 333815 |
| | | | | 333815 |
| TOTAL | | | 223311 | |