**FILED**

**September 04, 2009**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002069200

Thomas A. Aceituno
PO Box 189
Folsom, CA 95763-0189
Telephone:     (916) 985-6486
Fax:     (916) 985-7373

Bankruptcy Trustee

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In Re,

BELTON MOURAS JR.

       Debtor(s)

)
)
)
)
)
)
)
)
)
)

Case No. 09-37262- B -7

DCN:     TAA-1
DATE:     September 22, 2009
TIME:     9:32 AM
DEPT.:     B

## EXHIBITS IN SUPPORT OF

## MOTION TO ABANDON ASSETS OR IN THE ALTERNATIVE OPERATE THE

## BUSINESS OF THE DEBTOR

I, THOMAS A. ACEITUNO, hereby file the following exhibits in support of the motion

filed herein:

Exhibit 1     Properties Directly Owned by Belton Mouras Jr.

DATE: September 4, 2009     /s/ Thomas A. Aceituno

# PROPERTIES DIRECTLY OWNED BY BELTON MOURAS JR.

4129 Glascow Drive
Northhlands, CA

5530/5532 Towhee Way
Sacramento, CA

11080/11082 Erla Court
Rancho Cordova, CA

5924 Marlin Circle
Carmichael , CA

5937 Green Glen Way
Sacramento, CA

8180 Plumeria/ 4650 Bamboo
Fair Oaks, CA

6167 Stoffer Way
Orangevale, CA

2400/2402 Meadowbrook Rd
Sacramento, CA

2855 El Prado
Sacramento, CA

123 Hidden Lake/ 475
Spinnaker   Sacramento, CA

2790/2792 Pope Ave
Sacramento, CA

6271/6281 Weatherford
Sacramento, CA

3129 T Street
Sacramento, CA

1507/1509 38th Street
Sacramento, CA

2401/2403 Brentwood Road
Sacramento, CA

4712 Moorpark Way
Sacramento, CA

5949 Crowder Way
Sacramento, CA

9906 Aries Way
Sacramento, CA

5813/5815 Westfield Street
Carmichael, CA

1027/1029 South Ave
Sacramento, CA

10945/ 10947 Gadsten Way Rancho
Cordova, CA

10952/10954 Hirschfeld Way
Rancho Cordova, CA

1274/1276 Jonas Ave
Sacramento, CA

2405/2417 Camino Garden Way
Carmichael, CA

2472/2474 Twin Court
Rancho Cordova, CA

2645 Capitolas/ 10178 La Alegriea
Rancho Cordova, CA

2733/2735 Mendonca Drive
Rancho Cordova, CA

2939 Del Paso Blvd
Sacramento, CA

3304 Corbin Way
Sacramento, CA

4549/ 4551 Bomark
Sacramento, CA

4810/4812 Robert Frost Way
Sacramento, CA

5016 Donovan Drive
Carmichael, CA

5869 Ortega/ 6241 McMahon
Sacramento, CA

6165 Stoffer  Way
O'Vale, CA

6343/6345 Oakcreek Way
Citrus Heights, CA

6372/6374/6376/6378 14th Ave
Sacramento, CA

6427/6429 Santa Catarina Wy
Cirtrus Heights, CA

6905/6907 Centennial Way
Sacramento, CA

6992 Escallonia Drive
Citrus Heights, CA

7027/7029 Amsterdam Ave
Citrus Heights, CA

7304/7606 Berna Way
Sacramento, CA

7609/7600 Bogey Court
Sacramento, CA

7720/7722 Sunset Ave
Fair Oaks, CA

7805 Neal Street
Fair Oaks, CA

7849/7851 Winding Way
Fair Oaks, CA

8073/8075 Treecrest Ave
Citrus Heights, CA 95610

4924/4926 Tacomic Drive
Sacramento, CA

11065/11067 Erla Court      Rancho
Cordova, CA

11077/11079 Erla Court      Rancho
Cordova, CA

334 Union Springs Way
Rancho Cordova, CA

2722 Cabernet/ 10709 Alicante
Rancho Cordova, CA

2114 Oneil Way
Sacramento, CA

3325/3327 Gould Way
Sacramento, CA

2142 63rd Ave
Sacramento, CA

4601 Lippi Parkway
Sacramento, CA

5725 39th Street
Sacramento, CA

1901 El Monte/ 2374 Forest
Sacramento, CA

4907/4909 Harrison Street
North Highlands, CA

6215 Longdale Drive
North Highlands, CA

2788/2790 Muir Way
Sacramento, CA